UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2008 FEB 15  AM 10: 24

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>Armando HOLGUIN-Serrano,<br><br>        Defendant | Magistrate Docket No. **'08 MJ 0440**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **February 13, 2008** within the Southern District of California, defendant, **Armando HOLGUIN-Serrano,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **15th** DAY OF **FEBRUARY, 2008**

_____
Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Armando HOLGUIN-Serrano



## PROBABLE CAUSE STATEMENT

On February 13, 2008 Supervisory Border Patrol Agent O. Alvarez was performing patrol duties near the port of entry in San Ysidro, California when he heard an alarm sounding indicating that there were individuals attempting to enter the United States illegally by going northbound through the southbound lanes of Interstate 5 freeway on foot. Agent Alvarez responded and observed an individual later identified as the defendant **Armando HOLGUIN-Serrano** running northbound. Agent Alvarez gave chase and apprehended defendant. Agent Alvarez queried the defendant as to his immigration status. The defendant admitted that he was a citizen of Mexico illegally present in the United States. At 1:30 P.M. Agent Alvarez arrested the defendant and transported him to Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on February 6, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.